# EXHIBIT 1

Order No. QLFHA2AK



Transaction Receipt

6/3/25, 2:49 PM EDT
Order: QLFHA2AK
Mobile: *********4753
Type: buy
Status: pending coins send
Sales Price: 151K USD
Cash: 10,000 USD
Service Fee: 3 USD
BTC Sent: 0.06632070 BTC
BTC Address: bc1qw84v7ph8kuztgz5
0x9sh65qhjz9mkgjxa43ch5

----------------------------

Thank you from Bitcoin Depot!

Text +1 (877) 870-8781 for Support!

Mailing Address: Bitcoin Depot 2870 Peachtree Rd. NW #327 Atlanta, GA 30305