# EXHIBIT 2

Order No. QZKEK6ZW



Transaction Receipt

6/3/25, 4:23 PM EDT
Order: QZKEK6ZW
Mobile: ********4753
Type: buy
Status: pending coins send
Sales Price: 150K USD
Cash: 8,100 USD
Service Fee: 3 USD
BTC Sent: 0.05407204 BTC
BTC Address: bc1qw84v7ph8kuztgz5
0x9sh65qhjz9mkgjxa43ch5

------------------------------

Thank you from Bitcoin Depot!
Text +1 (877) 870-8781 for
Support!

Mailing Address: Bitcoin
Depot 2870 Peachtree Rd. NW
#327 Atlanta, GA 30305