Docusign Envelope ID: 669C7F24-4E74-4AB9-69A1-920D4565162A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KEVIN SHAMY,**
individually and on
behalf of all others
similarly situated,
Plaintiffs,

**Case No. 8:25-cv-02425-TPB-AEP**

v.

**BITCOIN DEPOT,
INC., and BITCOIN
DEPOT OPERATING,
LLC (D/B/A BITCOIN
DEPOT)**
Defendants.

<u>DECLARATION OF PHILIP BROWN IN SUPPORT OF DEFENDANTS
BITCOIN DEPOT INC. AND BITCOIN DEPOT OPERATING, LLC (D/B/A
BITCOIN DEPOT)'S
MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO COMPEL
ARBITRATION AND STAY OR DISMISS THE ACTION OR IN THE
ALTERNATIVE TO DISMISS AND STRIKE CLASS ALLEGATIONS</u>

I, Philip Brown, declare as follows:

1.      My name is Philip Brown. I am over the age of 18, of sound mind, and competent in all respects to make this Declaration. I have personal knowledge of all facts stated in this Declaration, which are true and correct.

2.      I am currently employed as the Chief Compliance Officer at Bitcoin Depot Inc. ("Bitcoin Depot").

3.      Bitcoin Depot Inc. is a parent company of Bitcoin Depot Operating, LLC ("Bitcoin Depot Defendants"). Bitcoin Depot Defendants are Delaware companies. Bitcoin Depot Operating, LLC's principal place of business is in Georgia.

4.      Bitcoin Depot Operating, LLC owns and operates Bitcoin Depot ATM kiosks, which are located in various stores across the country. Bitcoin is a type of cryptocurrency. Bitcoin Depot ATMs allow users to purchase Bitcoin by depositing cash, which is then sent to a user designated wallet.

5.      Before confirming the transaction, the ATM displays a $3.00 flat fee and the specific rate at which the user will purchase Bitcoin (i.e., the customer is shown the amount of Bitcoin they will receive for their cash payment). After deducting these amounts, the remainder of the cash is converted to Bitcoin, which is sent to the wallet address designated by the user.

6.   On June 3, 2025, Plaintiff visited a Bitcoin Depot ATM kiosk located in Brandon, Florida, created a Bitcoin Depot Account, and deposited $10,000 into the Bitcoin Depot ATM. A few hours later, Plaintiff deposited $8,100.00 into the same Bitcoin Depot ATM kiosk.

7.   Before completing his first transaction, Plaintiff accepted Bitcoin Depot's Terms and Conditions, and the version Plaintiff signed is attached here as **Exhibit A**. The Terms and Conditions provide:

> a.   The parties hereby agree to arbitrate all claims that may arise under the Agreement. Without limiting the foregoing, should a dispute arise between the parties (including the Covered Parties) including, without limitation, any matter concerning the Bitcoin Depot Offerings, the terms and conditions of the Agreement or the breach of same by any party hereto: (a) the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association ("AAA") in Atlanta, GA, in accordance with the then current Commercial Arbitration rules of the AAA… (Section 17.1)

Bitcoin Depot's Terms and Conditions further provide, in capital letters:

> b.   THE AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES, LIMITATIONS OF LIABILITY, RELEASES, A CLASS-ACTION WAIVER, AND THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS THAT MAY ARISE HEREUNDER AGAINST BITCOIN DEPOT, AS WELL AS ITS PARENT, SUBSIDIARIES, RELATED PARTIES, THIRD-PARTY SERVICE PROVIDERS AND MARKETING PARTNERS (COLLECTIVELY, "COVERED PARTIES"), WHO ARE EXPRESS THIRD-PARTY BENEFICIARIES OF THE MANDATORY ARBITRATION PROVISION. THE AFOREMENTIONED PROVISIONS ARE AN ESSENTIAL BASIS OF THE AGREEMENT. (Introductory Section)

8.      The current version of the Terms and Conditions are also available at Bitcoin Depot's website at Terms and conditions - bitcoindepot.com. The currently available version is substantively identical to the version in place on June 3, 2025, when Plaintiff completed the transactions at issue.

9.      Also attached to my Declaration, as **Exhibit B**, are the Terms and Conditions that were in place and at issue in a similar matter, *Mooneyham v. Bitcoin Depot, Inc. et al.* (United States District Court, District of South Carolina Columbia Division, Case No: 3:24-cv-01774-JDA), where the district court dismissed the case and compelled arbitration because each of the plaintiff's causes of action fell within the scope of the arbitration provisions in the Terms and Conditions. Those Terms and Conditions are also substantively identical to both the version in place on June 3, 2025, when Plaintiff Shamy completed the transactions at issue, and to the current version available online.

10.     Upon initiating a transaction at a Bitcoin Depot ATM as a new user, the machine displays numerous informational prompts to the user. Photocopies of all prompt screens described in this Declaration are attached as **Exhibit C**. There is also a WARNING sign on the machine itself. See **Exhibit D** for warnings that are attached to the Bitcoin Depot ATM.

11.     The user must read and accept these prompts to complete a transaction at a Bitcoin Depot ATM.  At the time of the Transactions:

a.    The user receives a prompt to enter their mobile number.

b.    The user receives a prompt to create and verify a 4-digit secret PIN to use when accessing their account.

c.    The user receives prompt that contains a Disclaimer and Bitcoin Depot's Terms and Conditions. Users are required to accept these Terms and Conditions by selecting "I accept these terms and conditions" to open an account and to continue the transaction.

d.    After accepting the Terms and Conditions the user receives a scam warning sent to his or her phone via text, which states: "Warning! Don't use Depot's ATMs for payments to any govt entities, law enforcement, employers, tech support companies, and significant others as it's likely a scam. Don't use a QR Code provided by a 3rd party.  Need help?  Call 678-435-9604."

e.    After accepting the Terms and Conditions, the customer receives several requests for identification verification information, such as a copy of driver's license, social security number, and facial biometrics. The amount of information requested corresponds with the amount of cash being converted into Bitcoin.

f.    After the customer enters their identifying information and continues with the transaction, they are then taken to a screen

which states: "ARE YOU BEING SCAMMED? Do not buy bitcoin [*sic*] for IRS payments, if someone says you have been hacked or are being investigated, of [*sic*] if someone is trying to access your computer or bank account. These are scams! WARNING: LOSSES DUE TO FRAUDULENT OR ACCIDENTAL TRANSACTIONS MAY NOT BE RECOVERABLE AND TRANSACTIONS IN VIRTUAL CURRENCY ARE IRREVERSIBLE."

12.     Prior to initiating his first transaction on June 3, 2025, and in order to open his account, Plaintiff agreed to Bitcoin Depot's Terms and Conditions. He selected "I accept these terms and conditions." Plaintiff would not have been able to proceed with his transactions without agreeing to the Terms and Conditions. His selection was recorded by the ATM in metadata, which I have reviewed. The metadata confirming Plaintiff accepted the Terms are attached hereto as **Exhibit E.** He was also shown the warnings referenced above during each of the transactions he completed.

13.     To complete a transaction, a user can either scan a QR code that contains a link to a Bitcoin wallet or type in a wallet address. Then, a user is given another prompt which states: "Does this wallet belong to you? The user is given two options: "No, it's someone else's" and "Yes, it's mine." The user must select "Yes, it's mine" to continue the transaction. If a user selects "No, it's someone

else's," the user is directed to a prompt that states "WARNING" in all caps and red letters and "Bitcoin Depot terms of service require all users to use Bitcoin wallets that they own. You selected that you do not own the wallet you are attempting to use. Never scan a QR code that has been provided to you from a 3rd party. Remember all Bitcoin transactions are final and irreversible. QR codes provided to you by government entities including the IRS, law enforcement, employers, technical support companies, someone saying you've been hacked and significant other [sic] could be scams. Please contact Bitcoin Depot customer support if you have questions about scams: (678) 435-9604. In order to proceed you will need to create your own Bitcoin wallet and provide the Bitcoin wallet address QR code from that wallet." The current transaction is then cancelled, and the user is given the option to start a new transaction and download their own Bitcoin Depot wallet.

14.     During two separate transactions on June 3, 2025, Plaintiff confirmed that the Bitcoin wallet to which he was transferring the Bitcoin was his own.

15.     Although a transaction can involve depositing cash into the Bitcoin Depot ATM kiosk in the state where the kiosk is located, when a transaction is completed, it is processed outside of the state of Florida.

16.     All prompts, protocols, and warnings discussed herein were programmed into all Bitcoin Depot ATM kiosks on or before approximately

October 1, 2023. These protocols and warnings were programmed into the Bitcoin

Depot ATM kiosk used by Plaintiff on the date of his transactions on June 3, 2025.

I declare under the penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed on the 17 th day of November in 2025

in _____Nevada_____ State and ___Washoe____ County.

Signed by:

*Philip Brown*

—23F3BC2A9E614F1...

Philip Brown